# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| DAVID WILLIS, | : | |
| Plaintiff, | : | CASE NO.: 5:24-cv-404-TES |
| v. | : | |
| NAVICENT HEALTH, INC., | : | |
| Defendants. | : | |

## ORDER

Presently pending before the Court is Consent Motion for Leave to File Amended Complaint (Doc. 11). Therein, the parties agree that Plaintiff may file the Amended Complaint attached to the Motion as Exhibit 1. Further, the parties resultantly agree that Defendant's pending Motion to Dismiss (Doc. 6) is moot. The parties' Consent Motion for Leave to File Amended Complaint (Doc. 11) is **GRANTED.** Plaintiff is **ORDERED** to file the Amended Complaint (Doc. 11-1) on the docket within two days of this order. Further, Defendant's Motion to Dismiss (Doc. 6) is **DENIED AS MOOT.**

**SO ORDERED** this ___18th___ day of ___February___ 2025.

_s/Tilman E. Self, III_
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**